Michael Cukor
mcukor@mcgearycukor.com
Vincent McGeary
vmcgeary@mcgearycukor.com
**MCGEARY CUKOR LLC**
7 Dumont Place
Morristown, NJ 07960
Telephone:   (973) 339-7367
Facsimile:    (973) 200-4837

John D. Simmons (*pro hac vice*)
jsimmons@panitchlaw.com
Dennis Butler (*pro hac vice*)
dbutler@panitchlaw.com
Keith Jones
kjones@panitchlaw.com com
**PANITCH SCHWARZE BELISARIO & NADEL LLP**
Wells Fargo Tower
2200 Concord Pike, Suite 2800
Wilmington, DE 19083

*Attorneys for Defendants*
*Emerson Quiet Kool Co., LTD., and Home Easy LTD*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMERSON RADIO CORPORATION,<br><br>     *Plaintiff*,<br><br>   v.<br><br>EMERSON QUIET KOOL CO. LTD. and HOME EASY LTD.<br><br>     *Defendants*. | Civil Action No. 2:17-cv-05358-SDW-ESK<br><br>DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO JOIN A REQUIRED PARTY<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that on November 16, 2020 at 9:00 a.m., or as soon as counsel may be heard, Defendants Emerson Quiet Kool Co. Ltd. and Home Easy Ltd. will move this Court to dismiss this case for failure to join a required party, namely Emerson Electric Co.

In support of this Motion, Defendants rely on the accompanying Brief.

A proposed form of Order is submitted herewith.

Dated: October 21, 2020   By:   Michael Cukor/s

           Michael Cukor
           Vincent McGeary
           **MCGEARY CUKOR LLC**
           7 Dumont Place
           Morristown, NJ 07960
           Telephone: (973) 339-7367
           Facsimile: (973) 200-4837
           mcukor@mcgearycukor.com
           vmcgeary@mcgearycukor.com

           John D. Simmons (*pro hac vice*)
           Dennis Butler (*pro hac vice*)
           Keith A. Jones
           **PANITCH SCHWARZE BELISARIO & NADEL LLP**
           Wells Fargo Tower
           2200 Concord Pike, Suite 2800
           Wilmington, DE 19083
           Telephone: (302) 394-6030
           Facsimile: (215) 965-1331

           *Attorneys for Defendants Emerson Quiet Kool Co., Ltd., and Home Easy Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2020, a true and correct copy of

DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO JOIN A

REQUIRED PARTY was served upon the following via ECF notification:

Susan Okin Goldsmith
MCCARTER & ENGLISH, LLP
Two Tower Center Blvd., 24th Floor
East Brunswick, NJ 08816
sgoldsmith@mccarter.com

Mark H. Anania
Carissa L. Rodrigue
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
manania@mccarter.com
crodrigue@mccarter.com

Lisa T. Simpson
Nina Trovato
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
lsimpson@orrick.com
ntrovato@orrick.com

*Michael Cukor /s*
Michael Cukor