IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMERSON RADIO CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>EMERSON QUIET KOOL CO. LTD.<br>and HOME EASY LTD.<br><br>*Defendants*. | Civil Action No. 2:17-cv-05358-SDW-ESK<br><br>[PROPOSED] ORDER |

THIS MATTER having been opened before the Court by way of a motion to dismiss for failure to join required party Emerson Electric Co., and the Court having considered the moving and opposition papers, if any, and for other good cause shown,

IT IS ORDERED, this _____ day of _____, 2020, that:

1. The motion to dismiss for failure to join necessary party Emerson Electric Co. is hereby GRANTED; and

2. This case is hereby DISMISSED with prejudice.

Dated: _____          _____

                                                                Susan D. Wigenton, U.S.D.J.