# Exhibit G



Home / Text Search / emerson thermostat

# Emerson Thermostat



Non-Programmable Thermostats

Programmable Thermostats

Shop Savings

## 40 Results

Sort by: Best Match



**Thermostat Compatibility**

- [ ] Baseboard Heater (3)
- [ ] Furnace (1)
- [ ] Heat Pump (3)
- [ ] Single-Stage Heating & Cooling (2)
- [ ] Universal (13)

**Control Type**

**Power Options**

**Wire Configuration**

**Voltage Type**

**Heating & Cooling System Type**

**Works With**

- [ ] Alexa (3)
- [ ] Google Assistant (1)
- [ ] HomeKit (3)
- [ ] Wink (1)

**Color Family**

Search

- [ ] Black (1)

---

✓ Free ship to store
for pickup Willow Grove |

**Add To Cart**

☐ Compare

✓ Free ship to store
for pickup Willow Grove |

**Add To Cart**

☐ Compare

✓ Free ship to store
for pickup Willow Grove |

**Add To Cart**

☐ Compare

---

**Emerson** 7-Day Programmable Touchscreen Thermostat

(11)

Model# 1F97-1277

$121^{38}$

✓ Free delivery
✓ Free ship to store
for pickup Willow Grove | Check nearby stores

**Add To Cart**

☐ Compare

**Emerson** 70 Series Non-Programmable Single Stage Thermostat

(39)

Model# 1F78-144

$29^{75}$

✓ Free delivery with $45 order
✓ Free ship to store
for pickup Willow Grove | Check nearby stores

**Add To Cart**

☐ Compare

**Emerson** 80 Series Non-Programmable Single Stage Thermostat

(41)

Model# 1F86-344

$37^{70}$

✓ Free delivery with $45 order
✓ Free ship to store
for pickup Willow Grove | Check nearby stores

**Add To Cart**

☐ Compare

---

**Emerson** Single Stage 5-2 Day Programmable Thermostat

(12)

**Emerson** 7-Day Programmable Thermostat

(4)

Model# 1F85U-42PR

**Emerson** Mechani… Heat and Cool Thermostat 1C26-101

(4)

☐ Gray (1)
☐ Off-White (1)
☐ White (32)

**Included** ⌄

**Thermostat Shape** ⌃

☐ Rectangular (33)

**Eco Features** ⌃

☐ Energy Star (2)

**Features** ⌃

☐ Auto Changeover (5)
☐ Backlit Display (17)
☐ Battery Back-Up (1)
☐ Battery (19)
☐ Built-in Wi-Fi (3)

+ See All

**Review Rating** ⌃

★★★★★
Choose a Rating

**Want more filters?**
First, select a *department*.

Model# P150
$**21**²⁵

✔ Free delivery with $45 order
✔ Free ship to store
 for pickup
   Willow Grove |
   Check nearby stores

**Add To Cart**

☐ Compare

Model# 1C26-101
$**12**⁹¹

✔ Free delivery with $45 order
✔ Free ship to store
 for pickup
   Willow Grove |
   Check nearby stores

**Add To Cart**

☐ Compare

$**85**²⁰

✔ Free delivery
✔ Free ship to store
 for pickup
   Willow Grove |
   Check nearby stores

**Add To Cart**

☐ Compare

**Project Guide**
Installing a Thermostat …



This H
provid
how t

**Buying Guide**
Thermostat B…

See Our Tips

**Best Seller**

**Emerson** Wall Plate for Sensi Wi-Fi Thermostat in White
(27)
Model# F61-2663
$**6**²⁰

**Emerson** Wall Plate for Sensi Touch Wi-Fi Thermostat in White
(6)
Model# F61-2689
$**9**⁹⁹ /piece

**Emerson** Digital Non-Programmable Thermostat
(35)
Model# 1F83C-11NP
$**40**⁷²

✔ Free delivery with $45 order
✔ Free ship to store
for pickup Willow Grove | Check nearby stores

✔ Free delivery with $45 order
✔ Free ship to store
for pickup Willow Grove | Check nearby stores

✔ Free delivery with $45 order
✔ Free ship to store
for pickup Willow Grove | Check nearby stores

| Add To Cart | Add To Cart | Add To Cart |

☐ Compare    ☐ Compare    ☐ Compare

    

**Emerson** Wall Plate for Sensi Touch Wi-Fi Thermostat in Black
(2)
Model# SA5B
$9$^{67}$

**Emerson** Thermos… Wall Plate
(1)
Model# F61-2510
$12$^{00}$

**Emerson** Digital Non-Programmable Thermostat
(2)
Model# 1F85U-42NP
$65$^{78}$

✔ Free delivery with $45 order
✔ Free ship to store
for pickup Willow Grove | Check nearby stores

✔ Free delivery with $45 order
✔ Free ship to store
for pickup Willow Grove | Check nearby stores

✔ Free delivery
✔ Free ship to store
for pickup Willow Grove | Check nearby stores

| Add To Cart | Add To Cart | Add To Cart |

☐ Compare    ☐ Compare    ☐ Compare

    

**Emerson** 7-Day…    **Emerson** Light-Duty…    **Emerson** Non-…

Programmable Heat Pump (2H/1C) Thermostat

(13)

Model# 1F83H-21PR

$54⁰⁸

✔ Free delivery
✔ Free ship to store

for pickup Willow Grove | Check nearby stores

Add To Cart

☐ Compare

Line Voltage Thermostat, SPDT

Model# 1A10-651

$63⁸¹

✔ Free delivery
✔ Free ship to store

for pickup Willow Grove | Check nearby stores

Add To Cart

☐ Compare

programmable Digital Thermostat, Vertical Profile

(51)

Model# 1E78-140

$24⁷⁵

✔ Free delivery with $45 order
✔ Free ship to store

for pickup Willow Grove | Check nearby stores

Add To Cart

☐ Compare



Emerson 7-Day Easy Reader Programmable Digital Thermostat

(15)

Model# 1F95EZ-0671

$84⁷⁹

✔ Free delivery
✔ Free ship to store

for pickup Willow Grove | Check nearby stores

Add To Cart

☐ Compare

Emerson Single Stage Non-Programmable Thermostat

(27)

Model# NP110

$17⁸⁰

✔ Free delivery with $45 order
✔ Free ship to store

for pickup Willow Grove | Check nearby stores

Add To Cart

☐ Compare

Emerson Touchscr… 7-Day Programmable Thermostat

(6)

Model# 1F95-1277

$139⁰⁰

✔ Free delivery
✔ Free ship to store

for pickup Willow Grove | Check nearby stores

Add To Cart

☐ Compare

Customers Who Searched This Viewed







**Emerson** Emerson Sensi Wi-Fi Smart Thermostat for

(1285)

$99<sup>35</sup>

**Emerson** Emerson Sensi Touch Wi-Fi Smart Thermostat

(338)

$169<sup>00</sup>

**Emerson** Digital Non-Programmable

(35)

$40<sup>72</sup>

**Emerson** 70 Series Non-Programmable

(39)

$29<sup>75</sup>

**Emerson** Premium 7-Day Programmable

(83)

$59<sup>74</sup>

Add To Cart   Add To Cart   Add To Cart   Add To Cart   Add To Cart

Showing **24** of **40** results.

## Sponsored Products







**Honeywell Home** T4 Pro 7-Day, 5-1-1 or 5-2 Day

(28)

$42<sup>39</sup>

Vertical Non-Programmable Thermostat with

NOT YET RATED

$25<sup>11</sup>

**Honeywell Home** Vertical Non-Programmable

(39)

$29<sup>08</sup>

**Google** Nest Thermostat E

(3878)

$169<sup>00</sup>

**Bosch** BCC50 Connected Control Smart 7-Day

(37)

$119<sup>00</sup>

Add To Cart   Add To Cart   Add To Cart   Add To Cart   Add To Cart

## Recently Viewed Items



 

Emerson Quiet Kool 8,000 BTU 115-Volt Portable

(199)

Emerson Quiet Kool 14,000 BTU 230-Volt Through-

(43)