

| | | |
|---|---|---|
| | **Mark H. Anania**<br>Partner<br>T. 973-848-5302<br>F. 973-206-6768<br>manania@mccarter.com | McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br>www.mccarter.com |

# ORDER

VIA ECF

November 20, 2020

The Honorable Edward S. Kiel
United States Magistrate Judge
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square, Courtroom 8
Newark, NJ 07102

    **Re:**    *Emerson Radio Corp. v. Emerson Quiet Kool Co. Ltd. and Home Easy Ltd.,* **Civil Action No. 2:17-cv-05358-SDW-ESK**

Dear Judge Kiel:

Pursuant to the Court's November 16, 2020 order [D.E. 137], the parties have met and conferred and now jointly propose the following briefing schedule for Defendants' Motion to Dismiss for Failure to Join a Necessary Party Under Fed. R. Civ. P. 19 [D.E. 129] (the "Rule 19 Motion"):

- Plaintiffs to file its Opposition to the Rule 19 Motion by **December 14, 2020**.

- Defendants to file their Reply to the Rule 19 Motion by **December 23, 2020**.

This jointly proposed briefing schedule will conclude briefing on the Rule 19 Motion in advance of the January 5, 2021 status conference set by the Court [D.E. 137].

Respectfully,

*s/Mark H. Anania*

Mark H. Anania

cc:    Counsel of Record

**The highlighted portion above is So Ordered.**

       **/s/ Edward S. Kiel**
**Edward S. Kiel, U.S.M.J.**
**Date: November 22, 2020**

ME1 35037911v.1