# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EMERSON RADIO CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**EMERSON QUIET KOOL CO. LTD. and HOME EASY LTD.**<br><br>Defendants. | Civil Action No. 1:20-cv-1652 |

## NOTICE OF RELATED CASES

Pursuant to Local Rule 3.1, Plaintiff Emerson Radio Corp. submits this notice to respectfully inform the Court that this action is related to *Emerson Electric Co. v. Emerson Quiet Kool Co. Ltd. and Home Easy Ltd.*, Civil Action No. 1:17-cv-01846-LPS, which is pending before the Honorable Leonard P. Stark.

Dated: December 9, 2020

**MCCARTER & ENGLISH, LLP**

/s/ Brian R. Lemon
Brian R. Lemon (#4730)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
blemon@mccarter.com

Mark H. Anania (*pro hac vice to be applied*)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
manania@mccarter.com

Of Counsel
Lisa T. Simpson (*pro hac vice to be applied*)
Margaret Wheeler-Frothingham (*pro hac vice to be applied*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000

*Attorneys for Plaintiff Emerson Radio Corp.*