IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EMERSON RADIO CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> EMERSON QUIET KOOL CO. LTD., and HOME EASY LTD., <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 20-cv-01652-LPS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF CHANGE OF FIRM AFFILIATION

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, effective April 19, 2021, the firm affiliation and contact information for Mark H. Anania, Esq., counsel for Plaintiff, is as follows:

> Mark H. Anania (*pro hac vice*)
> STEVENS & LEE
> 669 River Drive, Suite 201
> Elmwood Park, NJ 07407
> Tel: 201-857-6769
> mark.anania@stevenslee.com

Dated: April 27, 2021

*Of Counsel:*

Lisa T. Simpson (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000

STEVENS & LEE

*s/ Stacey A. Scrivani*
Stacey A. Scrivani (No. 6129)
919 N. Market Street, Suite 1300
Wilmington, DE 19801
Tel:302-425-3306
sasc@stevenslee.com

*Counsel for Emerson Radio Corp.*

SL1 1691004v1 115478.00002

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 27 day of April 2021, a copy of the foregoing was filed and served on counsel of record via CM-ECF.

                                               **STEVENS & LEE**

                                               *s/ Stacey A. Scrivani*
                                             Stacey A. Scrivani