# EXHIBIT A

**Keith Jones**

| | |
|---|---|
| **From:** | John D. Simmons |
| **Sent:** | Thursday, May 13, 2021 4:42 PM |
| **To:** | Anania, Mark H.; Moustakas, George; Samuels, Joel |
| **Cc:** | Scrivani, Stacey A.; Keith Jones; Lisa (Toth) Simpson (lsimpson@orrick.com); Lopez, Stephanie; 'Poff, Adam'; Vrana, Robert |
| **Subject:** | Re: Emerson Radio v. Emerson Quiet Kool - meet-and-confer to discuss subpoena to Emerson Electric |
| **Attachments:** | Coface Collections North Am._ Inc. v. Newton_ 2012 U.S[1].PDF; SCHEDULE A to Subpoena to Emerson Electric Co.(1878322.1).pdf; Subpoena to Emerson Emerson Electric Co(1878328.1)[1].pdf |

Mark:

Thank you for confirming that Emerson Radio's witness is within the subpoena power of the DE court for the Emerson Electric case.

Based on the attached case from Judge Stark, we are requesting that you reconsider your position regarding whether we can issue a subpoena from the Radio case to Emerson Electric for a *de bene esse* type deposition.

We are taking Emerson Electric's 30(b)(6) deposition on May 27th. We plan to ask that witness questions based on the topics set forth in the attached subpoena, which we have not served based on your opposition, regardless of whether you reconsider or not. If we have to go to the court, it would be burdensome on Emerson Electric's witness to have to appear a second time at a later date. We do not see how it would be a burden on you to attend the relevant portion of the Emerson Electric deposition which will be conducted by Zoom.

George and Joel:

Assuming that Mark does <u>not</u> reconsider, would you object to Mark and/or Stacey attending the relevant portion of your 30(b)(6) deposition? We can pick a time like right after the lunch break (say 1:30 PM EDT) so that Mark and/or Stacey could be scheduled.

In the event the Court grants our leave, we can revisit just using the relevant portion of your 30(b)(6) deposition without having to reconvene for a second deposition two months from now.

We are trying to reduce the burden on the witness.

Let us know if you all want to discuss by phone.

1

Best regards,
John

ALERT: The health, safety and welfare of our employees, clients, vendors and friends is important to our Firm. Therefore, all employees of Panitch Schwarze are working remotely. We will continue to respond to your emails and calls as quickly as possible. Please contact us before sending anything in the mail or by hand delivery, as our offices are closed until further notice per government orders. We remain committed to you during this unprecedented time. Please reach out to us if you have any questions or concerns and thank you for your understanding.

_____

John D. Simmons
PANITCH SCHWARZE BELISARIO & NADEL LLP



Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
(302) 394-1330 Main
(302) 394-6001 Direct
(267) 679-3651 Cellular
jsimmons@panitchlaw.com

---

**From:** "Anania, Mark H." <Mark.Anania@stevenslee.com>
**Date:** Wednesday, May 12, 2021 at 9:46 AM
**To:** John Simmons <JSimmons@panitchlaw.com>
**Cc:** "Scrivani, Stacey A." <SASC@stevenslee.com>, Keith Jones <KJones@panitchlaw.com>, "Lisa (Toth) Simpson (lsimpson@orrick.com)" <lsimpson@orrick.com>, "Lopez, Stephanie" <Stephanie.Lopez@stevenslee.com>
**Subject:** RE: Emerson Radio v. Emerson Quiet Kool - meet-and-confer to discuss subpoena to Emerson Electric

**External Email:** This email is from outside of the company - Please use caution when opening links and attachments.

Hi John:

This follows up on the results of our meet and confer earlier this morning.

2

As to the subpoena to Emerson Radio, based on our understanding that Emerson Radio is now within 100 miles of the District of Delaware's Wilmington courthouse, an Emerson Radio representative is subject to a subpoena to appear at trial and give testimony in Civil Action No. 1:17-cv-01846-LPS-JLH.  As a result, we agreed that the subpoena to Emerson Radio for which we accepted service on May 6, 2021 is moot and therefore withdrawn.

As to the proposed subpoena to Emerson Electric, Defendants will need to seek leave to serve it and we intend to oppose.  We understand that Defendants will prepare the first draft of the submission to the Court to raise the issue and provide a copy for our review and comment prior to filing.  We will look for that when ready.

Mark

**Mark H. Anania**
**STEVENS & LEE P.C.**
Office: 201.857.6769 | Mobile: 732.673.8924
mark.anania@stevenslee.com | biography

---

**From:** Anania, Mark H.
**Sent:** Tuesday, May 11, 2021 6:57 PM
**To:** 'John D. Simmons' <JSimmons@panitchlaw.com>
**Cc:** Scrivani, Stacey A. <SASC@stevenslee.com>; Keith Jones <KJones@panitchlaw.com>; Lisa (Toth) Simpson (lsimpson@orrick.com) <lsimpson@orrick.com>
**Subject:** RE: Emerson Radio v. Emerson Quiet Kool - meet-and-confer to discuss subpoena to Emerson Electric

Will do – talk then.  Thanks John.

Mark

**Mark H. Anania**
**STEVENS & LEE P.C.**
Office: 201.857.6769 | Mobile: 732.673.8924
mark.anania@stevenslee.com | biography

---

**From:** John D. Simmons <JSimmons@panitchlaw.com>
**Sent:** Tuesday, May 11, 2021 11:00 AM
**To:** Anania, Mark H. <Mark.Anania@stevenslee.com>
**Cc:** Scrivani, Stacey A. <SASC@stevenslee.com>; Keith Jones <KJones@panitchlaw.com>
**Subject:** Re: Emerson Radio v. Emerson Quiet Kool - meet-and-confer to discuss subpoena to Emerson Electric

Good morning, Mark:

I can do 9:00 AM tomorrow.  Just call me directly.


Best regards,
John

> ALERT: The health, safety and welfare of our employees, clients, vendors and friends is important to our Firm. Therefore, all employees of Panitch Schwarze are working remotely. We will continue to respond to your emails

3

and calls as quickly as possible. Please contact us before sending anything in the mail or by hand delivery, as our offices are closed until further notice per government orders. We remain committed to you during this unprecedented time. Please reach out to us if you have any questions or concerns and thank you for your understanding.

_____
John D. Simmons
PANITCH SCHWARZE BELISARIO & NADEL LLP

Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
(302) 394-1330 Main
(302) 394-6001 Direct
(267) 679-3651 Cellular
jsimmons@panitchlaw.com

---

**From:** "Anania, Mark H." <Mark.Anania@stevenslee.com>
**Date:** Tuesday, May 11, 2021 at 10:45 AM
**To:** John Simmons <JSimmons@panitchlaw.com>
**Cc:** "Scrivani, Stacey A." <SASC@stevenslee.com>, Keith Jones <KJones@panitchlaw.com>
**Subject:** RE: Emerson Radio v. Emerson Quiet Kool - meet-and-confer to discuss subpoena to Emerson Electric

**External Email:** This email is from outside of the company - Please use caution when opening links and attachments.

Hi John:

Are you available for a further meet and confer on both the pending subpoena issues tomorrow morning at 9:00?

Mark

**Mark H. Anania**
**STEVENS & LEE P.C.**
Office: 201.857.6769 | Mobile: 732.673.8924
mark.anania@stevenslee.com | biography

**From:** John D. Simmons <JSimmons@panitchlaw.com>
**Sent:** Monday, May 10, 2021 4:10 PM
**To:** Anania, Mark H. <Mark.Anania@stevenslee.com>
**Cc:** Scrivani, Stacey A. <SASC@stevenslee.com>; Keith Jones <KJones@panitchlaw.com>
**Subject:** Re: Emerson Radio v. Emerson Quiet Kool - meet-and-confer to discuss subpoena to Emerson Electric

Mark:

Let me know your availability for a meet-and-confer on the below request. We want to be able to take this deposition the same day we are taking Electric's 30(b)(6) deposition which will hopefully be the first week of June.

Best regards,
John

ALERT: The health, safety and welfare of our employees, clients, vendors and friends is important to our Firm. Therefore, all employees of Panitch Schwarze are working remotely. We will continue to respond to your emails and calls as quickly as possible. Please contact us before sending anything in the mail or by hand delivery, as our offices are closed until further notice per government orders. We remain committed to you during this unprecedented time. Please reach out to us if you have any questions or concerns and thank you for your understanding.

_____
John D. Simmons
PANITCH SCHWARZE BELISARIO & NADEL LLP

**PANITCH SCHWARZE**

Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
(302) 394-1330 Main
(302) 394-6001 Direct
(267) 679-3651 Cellular
jsimmons@panitchlaw.com

**From:** John Simmons <JSimmons@panitchlaw.com>
**Date:** Wednesday, May 5, 2021 at 12:11 PM
**To:** "Anania, Mark H." <Mark.Anania@stevenslee.com>

**Cc:** "Scrivani, Stacey A." <SASC@stevenslee.com>, Keith Jones <KJones@panitchlaw.com>
**Subject:** Re: Emerson Radio v. Emerson Quiet Kool - meet-and-confer to discuss subpoena to Emerson Electric

Mark:

Just following-up on the below issue.  Will Emerson Radio agree to allow Defendants issue a subpoena for Emerson Electric testimony to be used at trial in the Emerson Radio case?

Or, do we need to seek the assistance of the court?


Best regards,
John

> ALERT: The health, safety and welfare of our employees, clients, vendors and friends is important to our Firm. Therefore, all employees of Panitch Schwarze are working remotely. We will continue to respond to your emails and calls as quickly as possible. Please contact us before sending anything in the mail or by hand delivery, as our offices are closed until further notice per government orders. We remain committed to you during this unprecedented time. Please reach out to us if you have any questions or concerns and thank you for your understanding.

_____
John D. Simmons
PANITCH SCHWARZE BELISARIO & NADEL LLP



Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
(302) 394-1330 Main
(302) 394-6001 Direct
(267) 679-3651 Cellular
jsimmons@panitchlaw.com

---

**From:** John Simmons <JSimmons@panitchlaw.com>
**Date:** Thursday, April 29, 2021 at 11:51 AM
**To:** "Anania, Mark H." <Mark.Anania@stevenslee.com>
**Cc:** "Scrivani, Stacey A." <SASC@stevenslee.com>, Keith Jones <KJones@panitchlaw.com>
**Subject:** Re: Emerson Radio v. Emerson Quiet Kool - meet-and-confer to discuss subpoena to Emerson Electric

Mark:

I actually meant to discuss the subpoena to EE from your case. We had previously subpoenaed EE in 2019, but EE resisted based on the CIA we were not made aware of by ER until after discovery was over.

We realize fact discovery was closed. However, since the Court recognized that each of you is potentially going to claim to be just EMERSON, we are requesting to have a *de benne esse* deposition of an EE corporate representative to present at trial in your case.

I'm pretty sure the Court would grant such a request considering the aforementioned issue raised during the Motion to Consolidate hearing. So, we are asking you to work with us.

We can also discuss the subpoena we will be issuing from the EE case for an ER corporate representative.

How is 10:30 AM on Friday?


Best regards,
John

> ALERT: The health, safety and welfare of our employees, clients, vendors and friends is important to our Firm. Therefore, all employees of Panitch Schwarze are working remotely. We will continue to respond to your emails and calls as quickly as possible. Please contact us before sending anything in the mail or by hand delivery, as our offices are closed until further notice per government orders. We remain committed to you during this unprecedented time. Please reach out to us if you have any questions or concerns and thank you for your understanding.

_____
John D. Simmons
PANITCH SCHWARZE BELISARIO & NADEL LLP



Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
(302) 394-1330 Main
(302) 394-6001 Direct
(267) 679-3651 Cellular
jsimmons@panitchlaw.com

**From:** "Anania, Mark H." <Mark.Anania@stevenslee.com>
**Date:** Wednesday, April 28, 2021 at 5:36 PM
**To:** John Simmons <JSimmons@panitchlaw.com>
**Cc:** "Scrivani, Stacey A." <SASC@stevenslee.com>, Keith Jones <KJones@panitchlaw.com>
**Subject:** RE: Emerson Radio v. Emerson Quiet Kool - meet-and-confer to discuss subpoena to Emerson Electric

Hi John:

Assuming you mean the subpoena to Emerson Radio from the Electric case? I am generally free on Friday. Does anytime then work for you?

Mark

**Mark H. Anania**
**STEVENS & LEE P.C.**
Office: 201.857.6769 | Mobile: 732.673.8924
mark.anania@stevenslee.com | www.stevenslee.com

**From:** John D. Simmons <JSimmons@panitchlaw.com>
**Sent:** Wednesday, April 28, 2021 1:59 PM
**To:** Anania, Mark H. <Mark.Anania@stevenslee.com>
**Cc:** Scrivani, Stacey A. <SASC@stevenslee.com>; Keith Jones <KJones@panitchlaw.com>
**Subject:** Emerson Radio v. Emerson Quiet Kool - meet-and-confer to discuss subpoena to Emerson Electric

Mark:

Let us know your availability to discuss the subpoena to Emerson Electric.

Best regards,
John

> ALERT: The health, safety and welfare of our employees, clients, vendors and friends is important to our Firm. Therefore, all employees of Panitch Schwarze are working remotely. We will continue to respond to your emails and calls as quickly as possible. Please contact us before sending anything in the mail or by hand delivery, as our offices are closed until further notice per government orders. We remain committed to you during this unprecedented time. Please reach out to us if you have any questions or concerns and thank you for your understanding.

_____

John D. Simmons

PANITCH SCHWARZE BELISARIO & NADEL LLP



Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
(302) 394-1330 Main
(302) 394-6001 Direct
(267) 679-3651 Cellular
jsimmons@panitchlaw.com

This email may contain privileged and confidential information and is solely for the use of the sender's intended recipient(s). If you received this email in error, please notify the sender by reply email and delete all copies and attachments. Thank you.

This email may contain privileged and confidential information and is solely for the use of the sender's intended recipient(s). If you received this email in error, please notify the sender by reply email and delete all copies and attachments. Thank you.

This email may contain privileged and confidential information and is solely for the use of the sender's intended recipient(s). If you received this email in error, please notify the sender by reply email and delete all copies and attachments. Thank you.

# EXHIBIT B

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -
    EMERSON ELECTRIC CO.,
 4                                    :    CIVIL ACTION NO.
                  Plaintiff,          :
 5  v                                 :
                                      :
 6  EMERSON QUIET KOOL CO. LTD.,      :
    and HOME EASY LTD.,               :
 7                                    :    17-1846-LPS-JLH
                  Defendants.
 8                              - - -

 9                     Wilmington, Delaware
                     Tuesday, April 13, 2021
10                   Telephonic Oral Argument

11                              - - -

12  BEFORE:      HONORABLE LEONARD P. STARK, Chief Judge

13  APPEARANCES:                    - - -

14
               YOUNG CONAWAY STARGATT & TAYLOR, LLP
15             BY:  ADAM W. POFF, ESQ.

16                  and

17             HARNESS, DICKEY & PIERCE PLC
               BY:  GEORGE D. MOUSTAKAS, ESQ.
18                  (Troy, Michigan)

19                  and

20             HARNESS, DICKEY & PIERCE PLC
               BY:  JOEL R. SAMUELS, ESQ.
21                  (Clayton, Missouri)

22                    Counsel for Plaintiff

23

24

25                           Brian P. Gaffigan
                             Official Court Reporter
```

```
 1   APPEARANCES:  (Continued)

 2
              PANITCH SCHWARZE BELISARIO & NADEL, LLP
 3            BY:   JOHN D. SIMMONS, ESQ.

 4                 and

 5            PANITCH SCHWARZE BELISARIO & NADEL, LLP
              BY:   KEITH A. JONES, ESQ.
 6                  (Philadelphia, Pennsylvania)

 7                     Counsel for Defendants

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22                          - oOo -

23               P R O C E E D I N G S

24            (REPORTER'S NOTE:  The following telephonic oral
25   argument argument was held remotely, beginning at 12:01 p.m.)
```

```
 1                In sum, in my view, Judge Hall's Order
 2   reasonably and properly balances considerations of
 3   efficiency, expense, and fairness, making it an appropriate
 4   basis to deny the consolidation motion under Rule 42.
 5                Part of what I said is a quote there from
 6   the Resident vs. Works decision of this court in 2011,
 7   774 F.Supp., back in at 264.
 8                I want to conclude with just a couple final
 9   points.
10                As I explored with the parties, I do have a
11   concern.  I hear the defendants on this point that the
12   separate trials, if they happen in a particular way, if
13   we're not careful, could be truly unfair in an improper way
14   to the defendant.  And that would be if the jury, the two
15   different juries are given an inaccurate view of what each
16   plaintiffs' intellectual property rights in the mark are.
17                I will need the parties' assistance as this case
18   goes forward, and I will let the Emerson Radio parties know
19   this as well, I don't intend to allow either plaintiff to
20   gain an unfair or improper advantage as a result of having
21   separate trials.  There may well be evidentiary disputes
22   ahead that I will be faced with to ensure this, but I am
23   not going to allow any plaintiff to unfairly or improperly
24   prejudice the defendants by presenting an unfair picture of
25   what the landscape here is with respect to use and rights in
```

```
 1    the word "Emerson."
 2              I don't hear the plaintiffs today to be saying
 3    they have any intent or belief that they could do this.  A
 4    lot of the Lapp Factors -- maybe not a lot, but at least
 5    some of the Lapp Factors, it would seem to me, would
 6    implicate the questions of how a mark is used, and what the
 7    market looks like, and all of that would seem to implicate,
 8    for instance, in this case, evidence regarding Emerson Radio
 9    and how it uses the mark and whether the channels it is
10    marketing and advertising and the products that Emerson
11    Radio failed to market, how that all relates here.  We'll
12    see.
13              The point is it's a concern, it will remain a
14    concern.  The parties will have to initially see if they can
15    work together on how to deal with those concerns.  And if
16    they don't, then I recognize I may be signing up for some
17    disputes, but none of it persuades me that Judge Hall
18    somehow erred in not consolidated these cases.
19              And a final related point.
20              I'm denying consolidation, but I suspect it
21    may turn out to be that some, perhaps a great amount, of
22    pretrial coordination may still be appropriate.  I will be
23    entering an order seeking the proposal of the schedule in
24    the Emerson Radio case and in requiring those parties to
25    meet and confer not only with themselves but with the
```