Emerson Quiet Kool

1275 Bloomfield Ave, Building 16-141

Fairfield NJ 07004

973-808-8899

Dec. 14, 2021

**Re: Case 1:20-cv-01652-LPS**

Judge Leonard P Stark

844 N. King Street
Unit 26
Room 6124
Wilmington, DE 19801-3555

Dear Honorable Judge

Pursuit the court order dated in Dec. 8th, we are searching for the new counsel right away. We've interviewed three law firms by today. However, all law firms require to review the court documents and perform conflict of interest check. Therefore, even if we hired an attorney today there is no way for them to appear before the court tomorrow, they are just not able to complete conflict of interest check.

We hereby request the court to give us 30-day extension. The hiring attorneys need time to finish the court document review and conflict of interest check.

By the way Our former attorney claimed that his withdrew was due to our faults, which is not true. We had disagreement on the way he handled the case. Our interests were not represented well before the plaintiff. We plead to be granted 30 days to hire a proper new attorney. We deeply appreciate your consideration.

Best regards

Sincerely

*[signature]*

Emerson Quiet Kool Ltd

