IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMERSON RADIO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-1652-LPS |
| | ) | |
| EMERSON QUIET KOOL CO. LTD. | ) | |
| and HOME EASY LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## CLERK'S ENTRY OF DEFAULT

AND NOW TO WIT THIS 16th day of December, 2021, the Plaintiff having requested the entry of a default (D.I. 218),

IT IS HEREBY ORDERED, in accordance with FRCP 55(a) that a default is hereby entered against all Defendants .

_____
DEPUTY CLERK