**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EMERSON RADIO CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:20-cv-01652-LPS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| EMERSON QUIET KOOL CO. Ltd., et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Notice is hereby given that Timothy Devlin of Devlin Law Firm LLC enters his appearance on behalf of Emerson Quiet Kool Co. Ltd. and Home Easy, Ltd. in this matter as lead counsel.

Timothy Devlin may receive all communications from the Court and from other parties at Devlin Law Firm LLC, 1526 Gilpin Avenue, Wilmington, DE 19806; Telephone: (302) 449-9010; Facsimile: (302) 353-4251; E-mail: tdevlin@devlinlawfirm.com.


Dated: January 14, 2022

Respectfully submitted,

*/s/Timothy Devlin*
Timothy Devlin (Bar No. 4241)
tdevlin@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Defendants Emerson Quiet Kool Co. Ltd., et al.*